1  MATTHEW J. GAUGER, SBN 139785
   LESLIE V. FREEMAN, SBN 268099
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  428 J Street, Suite 520
   Sacramento, California 95814-2341
4  Telephone:  (916) 443-6600
   Facsimile:   (916) 442-0244
5

6  Attorneys for Defendants

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 JIMMY HUGHEY,
                                          )  No.   2:10-cv-02052-FCD-EFB
12                                        )
            Plaintiff,                    )  **STIPULATION AND ORDER TO**
13                                        )  **EXTEND TIME FOR DEFENDANT**
        v.                                )  **TO FILE RESPONSIVE PLEADINGS**
14                                        )
   SERVICE EMPLOYEES INTERNATIONAL        )
15 UNION, LOCAL 1021 of the SERVICE       )
   EMPLOYEES INTERNATIONAL UNION,         )
16                                        )
            Defendant.                    )
17                                        )

18

19      THE PARTIES HERETO, BY AND THROUGH THEIR AUTHORIZED COUNSEL OF

20 RECORD, STIPULATE AS FOLLOWS:

21      1.    Defendant shall have an extension of time in which to file responsive pleadings to

22 the Complaint herein.  Defendant's responsive pleadings shall be filed on or before October 15,

23 2010.

24      2.    This is the first extension of time sought by Defendant who was served with the

25 Complaint on August 31, 2010.  Counsel for Defendant has a longstanding vacation scheduled in

26 ///

27 ///

28 ///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street Suite 520
Sacramento, CA 95814-2341
(916) 443-6600

1 | September that will interfere with the preparation of responsive pleadings.

2 | Dated: September 17, 2010        WEINBERG, ROGER & ROSENFELD
3 |                                                         A Professional Corporation

4 |                                                By:      /s/ Leslie V. Freeman
5 |                                                         Leslie V. Freeman
                                                            Attorneys for Defendant Service Employees
                                                            International Union, Local 1021
6 |

7 | Dated: September 17, 2010        PERKINS & ASSOCIATES

8 |
9 |                                                By:      /s/ Robin K. Perkins
                                                            Robin K. Perkins
                                                            Attorneys for Plaintiff, Jimmy Hughey
10 |
11 |
12 | **IT IS SO ORDERED.**

13 | Dated: September 20, 2010
14 |                                                         _____
                                                            FRANK C. DAMRELL, JR.
15 |                                                         UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street Suite 520
Sacramento, CA 95814-2341
(916) 443-6600