Robin K. Perkins, SBN: 131252
PERKINS & ASSOCIATES
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone:   916.446.2000
Facsimile:   916.447.6400

Attorneys for Plaintiff
JIMMY HUGHEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY HUGHEY,<br><br>    Plaintiff<br><br>    v.<br><br>SERVICE EMPLOYERS INTERNATIONAL UNION, LOCAL 1021 of the SERVICE EMPLOYERS INTERNATIONAL UNION<br><br>    Defendant | **Case No. 2:10-cv-02052-FCD-EFB**<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO DEFENDANT AND ITS COUNSELOF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff JIMMY HUGHEY ("HUGHEY"), and Defendant SERVICE EMPLOYERS INTERNATIONAL UNION, LOCAL 1021 of the SERVICE EMPLOYERS INTERNATIONAL UNION ("SEIU"), by and through their respective attorneys of record, that the above-referenced action be, and is hereby, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties further stipulate that each party shall bear his or its own costs, including attorneys' fees.

///

///

///

///

///

Dated: October 15, 2010                    PERKINS & ASSOCIATES

                                           By: /s/ *Robin K. Perkins*_____
                                               Robin K. Perkins
                                               Attorneys for Plaintiff
                                               Jimmy Hughey

Dated: October 15, 2010                    WEINBERG, ROGER & ROSENFELD
                                           A Professional Corporation


                                           By: /s/ *Leslie V. Freeman*_____
                                               Leslie V. Freeman
                                               Attorneys for Defendant
                                               Service Employees International Union,
                                               Local 1020

**IT IS SO ORDERED.**

Dated: October 15, 2010

                                           _____
                                           FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE